**FILED**

DEC 2 3 2009

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ mw__ DEP CLK

| | |
|---|---|
| CHRISTIAN LOUBOUTIN S.A.<br>AND CHRISTIAN LOUBOUTIN,<br><br>Plaintiffs,<br><br>v.<br><br>SUEBSAK CHANTARUNGSRI a/k/a<br>SCOTT CHAN, a/k/a LOOKSGREAT4EVER<br>d/b/a E SHOE WAREHOUSE; and E SHOE<br>WAREHOUSE; and SG TRADING, INC.<br>f/k/a FIRST COMPUTING SOURCES, INC. d/b/a<br>ESHOEWAREHOUSE.COM, d/b/a<br>ESHOEWAREHOUSE; and JOHN and JANE<br>DOES A-Z (unidentified); and<br>XYZ COMPANIES 1-10 (unidentified),<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3.,

SG Trading, Inc., who is a defendant, makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

       Yes _____                          NO ___X____

2.    Does the party have any parent corporations?

       Yes _____                          NO ___X____

3.    If yes, identify all parent corporations, including grandparent and great-grandparent corporations.

       Not applicable.

4.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        No.

5.      If yes, identify all such owners.

        Not applicable.

6.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        Not applicable.

7.      If yes, identify entity and nature of interest.

        Not applicable.


                                        Signature:    _____

                                        Date:         12/23/09_____

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned has this date served the foregoing document in the above-entitled action upon all other parties to this cause by depositing a copy thereof, postage paid in the United States mail, addressed to the parties as follows:

J. Anthony Penry
Neil A. Riemann
Penry Riemann PLLC
510 Glenwood Avenue
Suite 319
Raleigh, NC 27603

Harley I. Lewin
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Irene M. Hurtado
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

_____
Jang H. Jo