# RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

DEC 2 4 2009

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

---

CHRISTIAN LOUBOUTIN S.A. and
CHRISTIAN LOUBOUTIN,
          Plaintiffs,
-against-

SUEBSAK CHANTARUNGSRI a/k/a SCOTT CHAN
a/k/a LOOKSGREAT4EVER d/b/a E SHOE WAREHOUSE;
and E SHOE WAREHOUSE; and SG TRADING, INC. et al,

          Defendants.

BOND NO. RSB 7399

No. 5:09-CV-539-D

UNDERTAKING ON TEMPORARY
RESTRAINING ORDER/SEIZURE

---

WHEREAS, the above named Plaintiffs, CHRISTIAN LOUBOUTIN S.A. and CHRISTIAN LOUBOUTIN, have applied for a TEMPORARY RESTRAINING ORDER/SEIZURE in the above entitled action, restraining the Defendants, SUEBSAK CHANTARUNGSRI a/k/a SCOTT CHAN a/k/a LOOKSGREAT4EVER d/b/a E SHOE WAREHOUSE; and E SHOE WAREHOUSE; and SG TRADING, INC. et al, from doing things as more fully set forth in the order granted by the Hon. James C. Denver III on December 18, 2009 under and by virtue of the Federal Rules of Civil Procedure upon the posting of an undertaking in the sum of *TWENTY FIVE THOUSAND AND 00/100 ( $25,000.00 ) DOLLARS*.

    Now, therefore, **RLI INSURANCE COMPANY**, duly licensed to transact business in the State of North Carolina and having an office and principal place of business for the State of North Carolina at 4235 South Stream Blvd, Suite #160, Charlotte, North Carolina 28217, as Surety, does hereby undertake that the Plaintiffs, will pay to the Defendants, so enjoined, such damages and costs not exceeding the sum of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS as they may sustain by reason of the Temporary Restraining Order/Seizure, if the Court shall finally decide that the Plaintiffs were not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated: December 22, 2009
       New York, New York

                                                RLI INSURANCE COMPANY

                                                CAROLYN OFFENHARTZ
                                                    Attorney-In-Fact

                          **ACKNOWLEDGMENT OF SURETY**

**STATE OF NEW YORK**                |SS:
**COUNTY OF NEW YORK**           |

On this 22nd day of December in the year 2009, before me, a Notary Public in and for said County, personally appeared **CAROLYN OFFENHARTZ**, personally known to me, who being by me duly sworn, did say that she is the aforesaid Attorney-in-Fact of the **RLI INSURANCE COMPANY** of Peoria, Illinois, a corporation duly organized and existing under the laws of the State of Illinois, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed by official seal the day and year last above written.

**William J. Pedersen**
Notary Public, State of New York
No. 01-PE4997302
Qualified in New York County
Commission Expires June 1, 2010



**RLI Surety**
P.O. Box 3967 | Peoria, IL 61612-3967
Phone: (800)645-2402 | Fax: (309)689-2036
www.rlicorp.com

# POWER OF ATTORNEY
### RLI Insurance Company

*Know All Men by These Presents:*

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company**, an Illinois corporation, does hereby make, constitute and appoint:
Carolyn Offenhartz, William J. Pedersen, jointly or severally.

in the City of _____ New York _____, State of _____ New York _____ its true and lawful Agent and Attorney in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any and all bonds provided the bond penalty does not exceed Twenty Five Million Dollars ($25,000,000.00).**

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

The **RLI Insurance Company** further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of **RLI Insurance Company**, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** has caused these presents to be executed by its _____ Vice President _____ with its corporate seal affixed this _____ 7th _____ day of _____ July _____, 2009 _____.

RLI Insurance Company

By: _____
Roy C. Die                  Vice President

State of Illinois } SS
County of Peoria }

On this _____ 7th _____ day of _____ July _____, 2009 _____, before me, a Notary Public, personally appeared _____ Roy C. Die _____, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____
Jacqueline M. Bockler         Notary Public

"OFFICIAL SEAL"
JACQUELINE M. BOCKLER
COMMISSION EXPIRES 03/01/10

### CERTIFICATE

I, the undersigned officer of **RLI Insurance Company**, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the **RLI Insurance Company** this 22nd day of DECEMBER 2009.

RLI Insurance Company

By: _____
Roy C. Die                  Vice President

3144075030110

A0058707



**RLI Insurance Company**
P.O. Box 3967  Peoria IL 61612-3967
Phone: (309)692-1000  Fax: (309)683-1610

# RLI Insurance Company
December 31, 2008

| **Admitted Assets** | | |
|---|---:|---:|
| Investments: | | |
|    Fixed maturities | $ | 473,418,131 |
|    Equity securities | | 636,590,162 |
|    Short-term investments | | 61,865,001 |
| Real estate | | 8,781,991 |
| Cash on hand and on deposit | | -5,174,941 |
| Other invested assets | | 0 |
| Receivables for securities | | 16,925,208 |
| Agents' balances | | 45,787,561 |
| Investment income due and accrued | | 6,120,428 |
| Funds held | | 4,000 |
| Reinsurance recoverable on paid losses | | 6,367,879 |
| Federal income taxes receivable | | 0 |
| Net deferred tax asset | | 18,363,143 |
| Electronic data processing equipment, net of depreciation | | 617,907 |
| Receivable from affiliates | | 4,863,045 |
| Other admitted assets | | 4,544,152 |
| **Total Admitted Assets** | **$** | **1,279,073,667** |

| **Liabilities and Surplus** | | |
|---|---:|---:|
| Liabilities: | | |
|    Reserve for unpaid losses and loss adjustment expenses | $ | 351,089,629 |
|    Unearned premiums | | 148,165,761 |
|    Accrued expenses | | 46,098,588 |
|    Funds held | | 608,919 |
|    Advance premiums | | 3,785,888 |
|    Amounts withheld | | 32,095,258 |
|    Ceded reinsurance premium payable | | 15,421,779 |
|    Payable for securities | | 0 |
|    Statutory penalties | | 838,000 |
|    Current federal & foreign income taxes | | 208,160 |
|    Federal income tax payable | | 0 |
|    Borrowed money and accrued interest | | 0 |
|    Drafts outstanding | | 0 |
|    Payable to affiliate | | 0 |
|    Other liabilities | | 2,720,516 |
| **Total Liabilities** | **$** | **601,032,498** |
| Surplus: | | |
|    Common stock | $ | 10,000,375 |
|    Additional paid-in capital | | 242,451,084 |
|    Unassigned surplus | | 425,589,710 |
| **Total Surplus** | **$** | **678,041,169** |
| **Total Liabilities and Surplus** | **$** | **1,279,073,667** |

State of Illinois }
County of Peoria }

The undersigned, being duly sworn, says: That he is the President of **RLI Insurance Company**; that said Company is a corporation duly organized, in the State of Illinois, and licensed and engaged in business in the State of _NORTH CAROLINA_ and has duly complied with all the requirements of the laws of said State applicable of said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under the Act of Congress approved July 1947, 6U.S.C sec. 6-13; and that to the best of his knowledge and belief the above statement is a full, true, and correct statement of the financial condition of the said Company on the 31st day of December 2008.

Attest:



{ Corporate Seal Affixed }

Roy C. Die     Vice President

Cynthia S. Dohm     Assistant Secretary

Sworn to before me this 8th day of March, 2009

"OFFICIAL SEAL"
JACQUELINE M. BOCKLER
COMMISSION EXPIRES 03/01/10

{ Notarial Seal Affixed }

Jacqueline M. Bockler     Notary Public, State of Illinois

M0058309