# EXHIBIT A

# Radiant Footwear Inc.

17901 Ajax Circle, City of Industry, CA 91748
Telephone: (626) 810-2668  Fax: (626) 810-3668

## Customer Sales Order

S/O No.: 10679
Page 1 of 2

Customer No.: C0088   Terms: CREDIT CARD   S/O Date: 5/29/2009 16:51   Cancel Date:

**Sold To:**
Attn: SCOTT CHAN
SG TRADING CO.
P.O. BOX 5830
CARY, NC 27512

Tel: (919) 342-5718   Fax: (919) 342-5178

**Ship To Address:**
Attn: SCOTT CHAN
SG TRADING CO.
1631 NW MAYNARD RD # 102
CARY, NC 27513

| S/O Date | Customer P/O No. | Ship Date | Sales Rep. | Ship Via | FOB |
|---|---|---|---|---|---|
| 5/29/2009 | | 5/29/2009 | A008/ | EDI TRUCK | |

| Item No. | Qty | Pack | | Color | Run | Description | Pr/Cs | PairPrice | Unit Price | Ext. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| BEAMER | 1 | 0 | BK | BLACK | B | PU | 18 | 10.00 | 180.00 | 180.00 |
| BEAMER-01 | 1 | 0 | BK | BLACK | D | CROCO | 18 | 10.00 | 180.00 | 180.00 |
| BEAMER-01 | 1 | 0 | BN | BROWN | B | CROCO | 18 | 10.00 | 180.00 | 180.00 |
| SHOPPING-09 | 1 | 0 | FS | FUCSHIA | D | CRK PAT | 18 | 5.50 | 99.00 | 99.00 |
| SHOPPING-09 | 1 | 0 | YE | YELLOW | B | CRK PAT | 18 | 5.50 | 99.00 | 99.00 |
| SHOPPING-09 | 1 | 0 | WH | WHITE | D | CRK PAT | 18 | 7.00 | 126.00 | 126.00 |
| SHOPPING-09 | 1 | 0 | BK | BLACK | D | CRK PAT | 18 | 7.00 | 126.00 | 126.00 |
| SHOPPING-09 | 1 | 0 | OR | ORANGE | B | CRK PAT | 18 | 5.50 | 99.00 | 99.00 |
| SHOPPING-09 | 1 | 0 | TQ | TUROUOISE | B | CRK PAT | 18 | 5.50 | 99.00 | 99.00 |
| JOURNEY | 1 | 0 | BK | BLACK | B | PU | 18 | 7.00 | 126.00 | 126.00 |
| JOURNEY | 1 | 0 | GD | GOLD | B | PU | 18 | 7.00 | 126.00 | 126.00 |
| JOURNEY | 1 | 0 | WH | WHITE | D | PU | 18 | 7.00 | 126.00 | 126.00 |
| KORS | 1 | 0 | BK | BLACK | D | PU | 18 | 9.90 | 178.20 | 178.20 |
| KORS | 1 | 0 | BZ | BRONZE | B | PU | 18 | 9.90 | 178.20 | 178.20 |
| KORS | 1 | 0 | GU | GUN | B | PU | 18 | 9.90 | 178.20 | 178.20 |
| ANGELINA | 1 | 0 | BK | BLACK | B | PU | 18 | 9.90 | 178.20 | 178.20 |
| ANGELINA | 1 | 0 | BZ | BRONZE | B | PU | 18 | 9.90 | 178.20 | 178.20 |
| ANGELINA | 1 | 0 | GU | GUN | B | PU | 18 | 9.90 | 178.20 | 178.20 |
| VICK | 1 | 0 | COF | COFFEE | D | PU | 18 | 5.90 | 106.20 | 106.20 |
| VICK | 1 | 0 | GU | GUN | B | PU | 18 | 5.90 | 106.20 | 106.20 |
| BULLET | 1 | 0 | SLV | SILVER | B | PAT | 18 | 6.05 | 108.90 | 108.90 |
| SAVER | 1 | 0 | BK | BLACK | B | PU | 18 | 6.90 | 124.20 | 124.20 |
| SAVER | 1 | 0 | FS | FUCSHIA | B | PU | 18 | 6.90 | 124.20 | 124.20 |

*Handwritten notes:*
- DT (circled) 5/29/09
- call SGT on Thur
- Pro # 284-300-419   32 pcs 994 lbs   $434.06   paid 6/4/09 5:45 PM thur
- shipment expected to arrived on 6/5/09

# Radiant Footwear Inc.

17801 Ajax Circle, City of Industry, CA 91748
Telephone: (626) 810-2688    Fax: (626) 810-3668

## Customer Sales Order

S/O No.: 10679
Page 2 of 2

P.T 5/29/9

Customer No.: C0088    Terms: CREDIT CARD    S/O Date: 5/29/2009 16:51    Cancel Date:

**Sold To:**
Attn: SCOTT CHAN
SG TRADING CO.
P.O. BOX 5830
CARY, NC 27512

Tel: (919) 342-5718    Fax: (919) 342-5178

**Ship To Address:**
Attn: SCOTT CHAN
SG TRADING CO.
1631 NW MAYNARD RD # 102
CARY, NC 27513

| S/O Date | Customer P/O No. | Ship Date | Sales Rep. | Ship Via | FOB |
|---|---|---|---|---|---|
| 5/29/2009 | | 5/29/2009 | A008/ | EDI TRUCK | |

| Item No. | Qty | Pack | | Color | Run | Description | Pr/Cs | PairPrice | Unit Price | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| SAVER | 1 | 0 | WH | WHITE | D | PU | 18 | 6.90 | 124.20 | 124.20 |
| COWELL | 1 | 0 | BK | BLACK | B | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | BK | BLACK | D | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | BZ | BRONZE | B | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | BZ | BRONZE | D | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | GD | GOLD | B | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | GD | GOLD | D | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | GU | GUN | B | PU | 18 | 5.50 | 99.00 | 99.00 |
| COWELL | 1 | 0 | GU | GUN | D | PU | 18 | 5.50 | 99.00 | 99.00 |

chase card 6067.
charged on 6/1/09 due around 7/15

Total Qty: 576    Actual Weight:
Total Order Pre-packed Cases: 32
Total Pack Cases:

Order Amount: 4121.10
Sales Tax    %:    0.00
Freight Fee:    0.00
Handling:    0.00
**Total:    4121.10**

Sales Person: _____    Approved By: _____    Credit Approved By: _____
Pricing Approved By: _____    Shipping Approved By: _____

Pro 284 300 419    32 pcs    994 lbs    $434.06

```
                RADIANT FOOTWEAR INC
                17901 E AJAX CIRCLE
                 INDUSTRY, CA. 91748
                    626-810-2668
  TERMINAL I.D.:    0075420000011282988000
  MERCHANT #:
                               8011282988
  VISA
  ************6067
  SALE                                *
  RECORD #: 1
  DATE: JUN 01, 09   INV:       000001
                            TIME: 05:38
  CVV2 RESPONSE: M   AUTH:       04519C

  TOTAL               $4121.10


        I AGREE TO PAY ABOVE TOTAL AMOUNT
        ACCORDING TO CARD ISSUER AGREEMENT
        (MERCHANT AGREEMENT IF CREDIT VOUCHER)

                   CUSTOMER COPY
```

#8951

# Radiant Footwear Inc.

17901 Ajax Circle, City of Industry, CA 91748
Telephone: (626) 810-2668   Fax: (626) 810-3668

# INVOICE

Invoice No: 8951
Date: 6/01/2009

PAID PCC $4121.10

Customer ID: C0088          Ship Date: 6/01/2009    Page 1 of 2

**Sold To:**
Attn: SCOTT CHAN
**SG TRADING CO.**
P.O. BOX 5830
CARY, NC 27512
Tel: (919) 342-5718   Fax: (919) 342-5178

**Ship To:**
Attn: SCOTT CHAN
**SG TRADING CO.**
1631 NW MAYNARD RD # 102
CARY, NC 27513

| S/O No. | S/O Date | Customer P/O No. | Sales Rep. | Ship Via | F.O.B. | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 10679 | 5/29/2009 | | A008 | EDI TRUCK | | CREDIT CARD | 6/01/2009 |

| Item No. | Color | | Run | Description | OrderQty | ShipQty | B.O. Qty | PairPrice | CasePrice | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| ANGELINA | BK | BLACK | B | PU | 1 | 1 | | 9.90 | 178.20 | 178.20 |
| ANGELINA | BZ | BRONZE | B | PU | 1 | 1 | | 9.90 | 178.20 | 178.20 |
| ANGELINA | GU | GUN | B | PU | 1 | 1 | | 9.90 | 178.20 | 178.20 |
| BEAMER | BK | BLACK | B | PU | 1 | 1 | | 10.00 | 180.00 | 180.00 |
| BEAMER-01 | BK | BLACK | D | CROCO | 1 | 1 | | 10.00 | 180.00 | 180.00 |
| BEAMER-01 | BN | BROWN | B | CROCO | 1 | 1 | | 10.00 | 180.00 | 180.00 |
| BULLET | SLV | SILVER | B | PAT | 1 | 1 | | 6.05 | 108.90 | 108.90 |
| COWELL | BK | BLACK | B | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | BK | BLACK | D | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | BZ | BRONZE | B | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | BZ | BRONZE | D | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | GD | GOLD | B | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | GD | GOLD | D | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | GU | GUN | B | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| COWELL | GU | GUN | D | PU | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| JOURNEY | BK | BLACK | B | PU | 1 | 1 | | 7.00 | 126.00 | 126.00 |
| JOURNEY | GD | GOLD | B | PU | 1 | 1 | | 7.00 | 126.00 | 126.00 |
| JOURNEY | WH | WHITE | D | PU | 1 | 1 | | 7.00 | 126.00 | 126.00 |
| KORS | BK | BLACK | D | PU | 1 | 1 | | 9.90 | 178.20 | 178.20 |
| KORS | BZ | BRONZE | B | PU | 1 | 1 | | 9.90 | 178.20 | 178.20 |
| KORS | GU | GUN | B | PU | 1 | 1 | | 9.90 | 178.20 | 178.20 |
| SAVER | BK | BLACK | B | PU | 1 | 1 | | 6.90 | 124.20 | 124.20 |
| SAVER | FS | FUCSHIA | B | PU | 1 | 1 | | 6.90 | 124.20 | 124.20 |
| SAVER | WH | WHITE | D | PU | 1 | 1 | | 6.90 | 124.20 | 124.20 |
| SHOPPING-09 | BK | BLACK | D | CRK PAT | 1 | 1 | | 7.00 | 126.00 | 126.00 |

# Radiant Footwear Inc.

17901 Ajax Circle, City of Industry, CA 91748
Telephone: (626) 810-2668  Fax: (626) 810-3668

## INVOICE

Invoice No.: 8951
Date: 6/01/2009

**Customer ID:** C0088  Ship Date: 6/01/2009  Page 2 of 2

**Sold To:**
Attn: SCOTT CHAN
**SG TRADING CO.**
P.O. BOX 5830
CARY, NC 27512
Tel: (919) 342-5718  Fax: (919) 342-5178

**Ship To:**
Attn: SCOTT CHAN
**SG TRADING CO.**
1631 NW MAYNARD RD # 102
CARY, NC 27513

| S/O No. | S/O Date | Customer P/O No. | Sales Rep. | Ship Via | F.O.B. | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 10679 | 5/29/2009 | | A008 | EDI TRUCK | | CREDIT CARD | 6/01/2009 |

| Item No. | Color | | Run | Description | OrderQty | ShipQty | B.O. Qty | PairPrice | CasePrice | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| SHOPPING-09 | FS | FUCSHIA | D | CRK PAT | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| SHOPPING-09 | OR | ORANGE | B | CRK PAT | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| SHOPPING-09 | TQ | TURQUOISE | B | CRK PAT | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| SHOPPING-09 | WH | WHITE | D | CRK PAT | 1 | 1 | | 7.00 | 126.00 | 126.00 |
| SHOPPING-09 | YE | YELLOW | B | CRK PAT | 1 | 1 | | 5.50 | 99.00 | 99.00 |
| VICK | COF | COFFEE | D | PU | 1 | 1 | | 5.90 | 106.20 | 106.20 |
| VICK | GU | GUN | B | PU | 1 | 1 | | 5.90 | 106.20 | 106.20 |

Total lines: 32  Actual Weight:  Ship Qty: 576  Cases: 32  **Sales Amount:** 4,121.10

Tax  %: 0.00
Shipping: 0.00
**Total Amount:** 4,121.10
Payment: 0.00
**Balance Due:** 4,121.10