**EXHIBIT C**



# Kimera International Inc.
DBA LILIANA SHOES
sales@lilianashoes.com
17005 EVERGREEN PLACE SUITE A, City of Industry, CA 91745
Telephone: (626) 810-7088   Fax: (626) 810-5088

## INVOICE

**Invoice No.:** 17371
**Date:** 3/18/2009

**Customer ID:** 102530
**Ship Date:** 3/18/2009   Page 1 of 1

**Sold To:**
Attn: SCOTT
**SG TRADING**
PO BOX 5830
CARY, NC 27512
Tel: (919) 656-4901   Fax: (000) 000-0000

**Ship To:**
Attn: SCOTT
**SG TRADING**
1631 NW MAYNARD RD. SUITE 102
CARY, NC 27513

| S/O No. | S/O Date | Customer P/O No. | Sales Rep. | Ship Via | F.O.B. | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 15139 | 3/18/2009 | | JC | EDI-FRCLT | | Credit Card | 3/18/2009 |

| Item No. | Color | | Run | Description | OrderQty | ShipQty | B.O. Qty | PairPrice | CasePrice | Ext. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| ICON | BLK | BLACK | 12C | DRESS SANDAL | 8 | 8 | | 4.50 | 54.00 | 432.00 |
| ICON | GOLD | GOLD | 12C | DRESS SANDAL | 4 | 4 | | 4.50 | 54.00 | 216.00 |
| ICON | SILV | SILVER | 12C | DRESS SANDAL | 6 | 6 | | 4.50 | 54.00 | 324.00 |
| JANE-2 | BLK | BLACK | 18D | SANDAL | 1 | 1 | | 6.00 | 108.00 | 108.00 |
| JANE-2 | BRNZ | BRONZE | 18D | SANDAL | 1 | 1 | | 6.00 | 108.00 | 108.00 |
| JANE-2 | GOLD | GOLD | 18D | SANDAL | 1 | 1 | | 6.00 | 108.00 | 108.00 |
| ADINA-16 | BLK | BLACK | 18A | SANDAL | 1 | 1 | | 5.60 | 100.80 | 100.80 |
| ADINA-16 | PINK | PINK | 18A | SANDAL | 1 | 1 | | 5.60 | 100.80 | 100.80 |
| VENIA | BLK | BLACK | 18A | SANDAL | 1 | 1 | | 6.00 | 108.00 | 108.00 |
| KITE | BLK | BLACK | 18A | SANDAL | 1 | 1 | | 6.00 | 108.00 | 108.00 |

Total lines: 10   Actual Weight:   Ship Qty: 342   Cases: 25   **Sales Amount:** 1,713.60

MC*5584
AP#43891B

Tax %: 0.00
Shipping: 0.00
**Total Amount:** 1,713.60
Payment: 1,713.60
*Balance Due:* 0.00

Paid by Credit Card

No returns will be accepted without original boxes and our authorization
Credit terms are subject to credit approval
All past due invoices will be charged with 2% interest per month
A Re-stocking fee will be deducted on all returns

*10530*
*SG TRADING*

```
    LILIANA SHOES
  17005 EVERGREEN PL
  CITY OF INDUS, CA 91
      626-810-7088

       BATCH: 155
     S-A-L-E-S D-R-A-F-T
         7957557
        041582404127

REF:   091A
CC TYPE: MASTERCARD
TR TYPE: MAIL/PHONE
INV:   17371
DATE:  MAR 18, 09  15:45:06


AVS: ZIP MATCH
CVV2: MATCH

TOTAL       :  $1713.50*

ACCT: XXXXXXXXXXXX5584   EXP: XX/XX
AP: 438918


CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
 AND/OR SERVICES IN THE AMOUNT OF THE
  TOTAL SHOWN HEREON AND AGREES TO PERFORM
   THE OBLIGATIONS SET FORTH BY THE
   CARDMEMBER'S AGREEMENT WITH THE ISSUER



X_____

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER
```

# WILSON TRUCKING CORPORATION (WTVA)
P.O. BOX 200 • FISHERSVILLE, VA. 22939-0200
www.WilsonTrucking.com

**CONSIGNEE RECORD**

| TRAILER NO. | ORIGIN | DESTINATION | SHIPPER'S NO. | DATE | PRO NO. |
|---|---|---|---|---|---|
| FJ9U | CLT | DURA | 999687 | 03/23/09 | 1030332 |

**CONSIGNEE:** *** DRIVER COLLECT ON DELIVERY ***
S G TRADING CO
1431 N W MAYNARD RD
STE 102
CARY NC 27513

**SHIPPER:** LILIANA FOOTWEAR
17005 EVERGREEN PL STE A
CITY OF INDUSTRY CA 91745

| C/L | DATE | ROUTING |
|---|---|---|
| EDI 280629275 | 03/19/09 | DIRECT |

| ADV. I/L AMT. | WTVA REV. | BYD. I/L AMT. |
|---|---|---|
| 183.20 | 54.72 | |

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL INSTRUCTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 25 | | 100. CTNS FOOTWEAR | 453 | 63.94 | 289.65 |
| | | FCC 919 654 4901 | | | |
| | | M/F 86954 | | | |
| | | FUEL SURCHARGE | | 11.00 | 31.86 |
| | | * SUB TOTAL * | | | 321.51 |
| | | DISCOUNT | | | -64.30 |
| 25 | | TTL | 453 | COLLECT | 257.21 |

*** APPRECIATE YOUR BUSINESS ***

| DATE OF DELIVERY | NO. PIECES | DRIVER'S SIGNATURE |
|---|---|---|
| 3/24/09 | 25 | |

PRINT RECEIVER'S NAME | RECEIVED BY
ABOVE SHIPMENT RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

DRV COLL 257.21



# Kimera International Inc.
DBA LILIANA SHOES
sales@lilianashoes.com
17005 EVERGREEN PLACE SUITE A, City of Industry, CA 91745
Telephone: (626) 810-7088  Fax:(626) 810-5088

## Customer Sales Order

S/O No.: 15139
Page 1 of 1

Customer No.: 102530   Terms: *Credit Card*   S/O Date: 3/18/2009 14:44   Cancel Date:

**Sold To:**
Attn SCOTT
SG TRADING
PO BOX 5830
CARY, NC 27512
Tel: (919) 656-4901   Fax:(000) 000-0000

**Ship To Address:**
Attn SCOTT
SG TRADING
1631 NW MAYNARD RD. SUITE 102
CARY, NC 27513

| S/O Date | Customer P/O No. | Ship Date | Sales Rep. | Ship Via | FOB |
|---|---|---|---|---|---|
| 3/18/2009 | | 3/18/2009 | JC / | edi | |

| Item No. | Qty | Pack | Color | Run | Description | Pr/Cs | PairPrice | Case Price | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|
| ICON | 8 | 0 | BLK BLACK | 12C | DRESS SANDAL | 12 | 4.50 | 54.00 | 432.00 |
| ICON | 4 | 0 | GOLD GOLD | 12C | DRESS SANDAL | 12 | 4.50 | 54.00 | 216.00 |
| ICON | 6 | 0 | SILV SILVER | 12C | DRESS SANDAL | 12 | 4.50 | 54.00 | 324.00 |
| JANE-2 | 1 | 0 | BLK BLACK | 18D | SANDAL | 18 | 6.00 | 108.00 | 108.00 |
| JANE-2 | 1 | 0 | BRNZ BRONZE | 18D | SANDAL | 18 | 6.00 | 108.00 | 108.00 |
| JANE-2 | 1 | 0 | GOLD GOLD | 18D | SANDAL | 18 | 6.00 | 108.00 | 108.00 |
| ADINA-16 | 1 | 0 | BLK BLACK | 18A | SANDAL | 18 | 5.60 | 100.80 | 100.80 |
| ADINA-16 | 1 | 0 | PINK PINK | 18A | SANDAL | 18 | 5.60 | 100.80 | 100.80 |
| VENIA | 1 | 0 | BLK BLACK | 18A | SANDAL | 18 | 6.00 | 108.00 | 108.00 |
| KITE | 1 | 0 | BLK BLACK | 18A | SANDAL | 18 | 6.00 | 108.00 | 108.00 |

Total Qty: 342   Actual Weight:   Total Pack Cases:   Order Amount: 1713.60
Total Order Pre-packed Cases: 25

Sales Tax   %:   0.00
Freight Fee:   0.00
Handling:   0.00
*Total:*   1713.60

Sales Person: _____   Approved By: _____   Credit Approved By: _____
Pricing Approved By: _____   Shipping Approved By: _____

*Handwritten notes:*
cft 5584   ut pm cong
25 cases GD1 28062 9275   Wilson 1030332   $237.92
Paid 3/24/09

## Kimera International, Inc
### (DBA Liliana Shoes)
17005 Evergreen Place, Suite A
City of Industry, CA 91745
Tel: 626-810-7088 /// Fax: 626-810-5088

| For Office Use Only |
| --- |
| Date: _____ |
| Cust. ID#: _____ |
| Received by: _____ |
| Recorded by: _____ |

## Credit Card Authorization Form (please fill it out COMPLETELY)

*Company Name or DBA   SG Trading, Inc.

Type of Card:  ☐ Visa   ☑ Master   ☐ American Express   ☐ Discover

*Credit Card Number   5466  5360  6124  5584

*Expiration Date   03/10     *3-4 digit Security CVV2 Code _____

*Name on Credit Card   SUEBSAK   CHANTARUNGSRI

*Credit Card Billing Address   PO BOX 5830

   Cary, NC 27512

*Authorization Signature _____

*Print Name  SUEBSAK  CHANTARUNGSRI   Date  3/18/09

(Optional) – Voice confirmation accepted for future transactions. Initial _____

Notes:

### Please SIGN to authorize use of credit card.
Fax back to (626) 810-5088. Attn: Accounts Receivable.
Thank you!



# Kimera International Inc.
DBA LILIANA SHOES
sales@lilianashoes.com
827 Lawson Street, City of Industry, CA 91748
Telephone: (626) 810-7088  Fax: (626) 810-5088

## INVOICE

Invoice No.: A 20805
Date: 10/15/2009

Customer ID: 102530  Ship Date: 10/15/2009  Page 1 of 1

**Sold To:**
Attn: SCOTT
**SG TRADING**
PO BOX 5830
CARY, NC 27512
Tel: (919) 656-4901   Fax: (000) 000-0000

**Ship To:**
Attn: SCOTT
**SG TRADING**
1631 NW MAYNARD RD. SUITE 102
CARY, NC 27513

| S/O No. | S/O Date | Customer P/O No. | Sales Rep. | Ship Via | F.O.B. | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 17698 | 10/15/2009 | | JC | EDI FRT COLLECT | | Credit Card | 10/15/2009 |

| Item No. | Color | | Run | Description | OrderQty | ShipQty | B.O. Qty | PairPrice | CasePrice | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| JONES | BLK | BLACK | 12C | ANKLE BOOT | 1 | 1 | | 12.00 | 144.00 | 144.00 |
| JONES | RED | RED | 12B | ANKLE BOOT | 1 | 1 | | 12.00 | 144.00 | 144.00 |
| JONES | BRWN | BROWN | 12B | ANKLE BOOT | 1 | 1 | | 12.00 | 144.00 | 144.00 |
| CHERRY | BURG | BURGUNDY | 12B | OPEN TOE HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| CHERRY | BRWN | BROWN | 12B | OPEN TOE HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| CHERRY | BLK | BLACK | 12C | OPEN TOE HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| CHERRY | GOLD | GOLD | 12C | OPEN TOE HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| IMPRESS | BRWN | BROWN | 12B | DRESS HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| IMPRESS | BLK | BLACK | 12B | DRESS HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| IMPRESS | RED | RED | 12B | DRESS HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| SHER-6 | NAVY | NAVY | 18B | PLATFORM | 1 | 1 | | 8.00 | 144.00 | 144.00 |
| SHER-6 | GREY | GREY | 18A | PLATFORM | 1 | 1 | | 8.00 | 144.00 | 144.00 |
| SHER-6 | BLK | BLACK | 18B | PLATFORM | 1 | 1 | | 8.00 | 144.00 | 144.00 |
| SHER-6 | DKPU | DARK PURPLE | 18B | PLATFORM | 1 | 1 | | 8.00 | 144.00 | 144.00 |
| BESSIE | GREY | GREY | 12B | PUMP | 1 | 1 | | 9.60 | 115.20 | 115.20 |
| BESSIE | BLK | BLACK | 12B | PUMP | 1 | 1 | | 9.60 | 115.20 | 115.20 |
| BESSIE | BRWN | BROWN | 12B | PUMP | 1 | 1 | | 9.60 | 115.20 | 115.20 |

*citi PM 5584 charged 10/15   Due 12/13*
*GDS*
*25173 Pmd 10/26/09*

Total lines: 17   Actual Weight:   Ship Qty: 228   Cases: 17   **Sales Amount:** 2,328.00

Tax %: 0.00
Shipping: 0.00
**Total Amount:** 2,328.00
Payment: 2,328.00
**Balance Due:** 0.00

Paid by Credit Card
No returns will be accepted without original boxes and our authorization
Credit terms are subject to credit approval
All past due invoices will be charged with 2% interest per month
A Re-stocking fee will be deducted on all returns

SG TRADING [handwritten]
10250 [handwritten]

LILIANA SHOES
17005 EVERGREEN PL
CITY OF INDUS, CA 91
626-810-989

BATCH: 301
S-A-L-E-S D-R-A-F-T
7957657
841502404127

REF: 6014
CD TYPE: MASTERCARD
TR TYPE: MAIL/PHONE
INV: 20 20805 [handwritten]
DATE: OCT 15, 69 14:32:26

AVS: ZIP MATCH
CVV2: MATCH

TOTAL        $2328.00*

ACCT: ************5584    EXP: **/**
AP: 745408

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

X _____

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

**WILSON TRUCKING CORPORATION® (WTVA)**
P.O. BOX 200 • FISHERSVILLE, VA. 22939-0200
www.WilsonTrucking.com

NOW OFFERING GUARANTEED EMERALD EXPEDITED SERVICES

**CONSIGNEE RECORD**

PAGE 1 OF 1

| TRAILER NO. | ORIGIN | DESTINATION | SHIPPER'S NO. | DATE | PRO NO. |
|---|---|---|---|---|---|
| FUGU | ATLZ | DURA | NS | 10/23/09 | 11277398 |

CONSIGNEE:
*** DRIVER COLLECT ON DELIVERY ***
S G TRADING
STE 102
1631 N W MAYNARD RD
CARY  NC  27513

SHIPPER:
LILIANA FOOTWEAR
827 LAWSON ST
CITY OF INDUSTRY  CA  91748

| C/L | DATE | ROUTING |
|---|---|---|
| EDXI 291636554 | 10/19/09 | DIRECT |

| ADV. I/L AMT. | WTVA REV. | BYD. I/L AMT. |
|---|---|---|
| 193.83 | 57.90 | |

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL INSTRUCTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 7 | | 100, SHOES 919 656 4901 | 473 | 58.40 | 276.23 |
| | | DEFICIT WEIGHT RATED AS WGT | 27 500 | 58.40 | 15.77 |
| | | FUEL SURCHARGE | | 16.50 | 35.65 |
| | | * SUB TOTAL * | | | 327.65 |
| | | DISCOUNT | | | -75.92 |
| 7 | | TTL............................ | 473 COLLECT | | 251.73 |

SW7P/3T

DATE OF DELIVERY: 10 26 09   NO. PIECES: 17   DRIVER'S SIGNATURE: Paul
PRINT RECEIVER'S NAME: SCOTT CHAN   RECEIVED BY: Scott

Repaid
DRIV COLL
251.73

ABOVE SHIPMENT RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

From:
**S. Chantarungsri**
PO Box 5830
Cary, NC 27512
United States

Ship to:
**Martina Kopas**
5312
164th St
surrey, BC V3S 0L2
Canada

## Invoice / Packing Slip

| Qty | Item # | Item Name | Date | Record # |
|---|---|---|---|---|
|  |  |  | Oct-18-2009 | 26890 |
|  |  |  | Price | Subtotal |
| 1 | 360149022156 | Comfort Height Cutie Balmoral Pleated Pumps Red Hot 7 | $18.99 | $18.99 |
| 1 | 360164966709 | Comfort Height Cutie Balmoral Pleated Pumps Black 7 | $18.99 | $18.99 |

| | |
|---|---|
| Subtotal: | $37.98 |
| Shipping & Handling (Standard Int'l Flat Rate Shipping): | $19.00 |
| Sales Tax | N/A |
| Seller discounts (-) or charges (+): | $0.00 |
| **Total:** | **$56.98** |

# Kimera International Inc.
DBA LILIANA SHOES
sales@lilianashoes.com
827 Lawson Street, City of Industry, CA 91748
Telephone: (626) 810-7088  Fax:(626) 810-5088

## Customer Sales Order

S/O No. 17698
Page 1 of 1

Customer No. 102530    Terms: Credit Card    S/O Date: 10/15/2009 11:02    Cancel Date:

**Sold To:**
Attn SCOTT
SG TRADING
PO BOX 5830
CARY, NC 27512
Tel: (919) 656-4901   Fax:(000) 000-0000

**Ship To Address:**
Attn SCOTT
SG TRADING
1631 NW MAYNARD RD. SUITE 102
CARY, NC 27513

| S/O Date | Customer P/O No. | Ship Date | Sales Rep. | Ship Via | FOB |
|---|---|---|---|---|---|
| 10/15/2009 | | 10/15/2009 | JC / | EDI FRT COLLECT | |

| Item No. | Qty | Pack | Color | Run | Description | Pr/Cs | PairPrice | Case Pric | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|
| JONES | 1 | 1 | BLK BLACK | 12C | ANKLE BOOT | 12 | 12.00 | 144.00 | 144.00 |
| JONES | 1 | 1 | RED RED | 12B | ANKLE BOOT | 12 | 12.00 | 144.00 | 144.00 |
| JONES | 1 | 1 | BRWN BROWN | 12B | ANKLE BOOT | 12 | 12.00 | 144.00 | 144.00 |
| CHERRY | 1 | 1 | BURG BURGUNDY | 12B | OPEN TOE HEEL | 12 | 11.60 | 139.20 | 139.20 |
| CHERRY | 1 | 1 | BRWN BROWN | 12B | OPEN TOE HEEL | 12 | 11.60 | 139.20 | 139.20 |
| CHERRY | 1 | 1 | BLK BLACK | 12C | OPEN TOE HEEL | 12 | 11.60 | 139.20 | 139.20 |
| CHERRY | 1 | 1 | GOLD GOLD | 12C | OPEN TOE HEEL | 12 | 11.60 | 139.20 | 139.20 |
| IMPRESS | 1 | 1 | BRWN BROWN | 12B | DRESS HEEL | 12 | 11.60 | 139.20 | 139.20 |
| IMPRESS | 1 | 1 | BLK BLACK | 12B | DRESS HEEL | 12 | 11.60 | 139.20 | 139.20 |
| IMPRESS | 1 | 1 | RED RED | 12B | DRESS HEEL | 12 | 11.60 | 139.20 | 139.20 |
| SHER-6 | 1 | 1 | NAVY NAVY | 18B | PLATFORM | 18 | 8.00 | 144.00 | 144.00 |
| SHER-6 | 1 | 1 | GREY GREY | 18A | PLATFORM | 18 | 8.00 | 144.00 | 144.00 |
| SHER-6 | 1 | 1 | BLK BLACK | 18B | PLATFORM | 18 | 8.00 | 144.00 | 144.00 |
| SHER-6 | 1 | 1 | DKPU DARK PURI | 18B | PLATFORM | 18 | 8.00 | 144.00 | 144.00 |
| BESSIE | 1 | 1 | GREY GREY | 12B | PUMP | 12 | 9.60 | 115.20 | 115.20 |
| BESSIE | 1 | 1 | BLK BLACK | 12B | PUMP | 12 | 9.60 | 115.20 | 115.20 |
| BESSIE | 1 | 1 | BRWN BROWN | 12B | PUMP | 12 | 9.60 | 115.20 | 115.20 |

Total Qty: 228    Actual Weight    Total Pack Cases 17    Order Amount: 2328.00
Total Order Pre-packed Cases 17

Sales Tax %: 0.00
Freight Fee: 0.00
Handling: 0.00
*Total:* 2328.00

Sales Person: _____    Approved By: _____    Credit Approved By: _____
Pricing Approved By _____    Shipping Approved By _____

Citi PM. 5584 Nov. 15 B/O. due 12/7.



# Kimera International Inc.
DBA LILIANA SHOES
sales@lilianashoes.com
827 Lawson Street, City of Industry, CA 91748
Telephone: (626) 810-7088    Fax: (626) 810-5088

## INVOICE

| Invoice No.: | 21020 |
|---|---|
| Date: | 10/26/2009 |

**Customer ID:** 102530    **Ship Date:**    Page 1 of 1

**Sold To:**
Attn: SCOTT
**SG TRADING**
PO BOX 5830
CARY, NC 27512
Tel: (919) 656-4901    Fax: (000) 000-0000

**Ship To:**
Attn: SCOTT
**SG TRADING**
1631 NW MAYNARD RD. SUITE 102
CARY, NC 27513

| S/O No. | S/O Date | Customer P/O No. | Sales Rep. | Ship Via | F.O.B. | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 17836 | 10/20/2009 | | JC | EDI FRT COLLECT | | Credit Card | 10/26/2009 |

| Item No. | Color | | Run | Description | OrderQty | ShipQty | B.O. Qty | PairPrice | CasePrice | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| TRACYE | RED | RED | 12B | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | RED | RED | 12C | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | GREY | GREY | 12B | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | GREY | GREY | 12C | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | BRWN | BROWN | 12B | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | BRWN | BROWN | 12C | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | BLK | BLACK | 12B | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | BLK | BLACK | 12C | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | NAVY | NAVY | 12B | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| TRACYE | NAVY | NAVY | 12C | KNEE HIGH BOOTS | 1 | 1 | | 17.00 | 204.00 | 204.00 |
| PEGGY | BLK | BLACK | 12B | ANKLE BOOT | 1 | 1 | | 10.80 | 129.60 | 129.60 |
| PEGGY | GREY | GREY | 12B | ANKLE BOOT | 1 | 1 | | 10.80 | 129.60 | 129.60 |
| PEGGY | NAVY | NAVY | 12B | ANKLE BOOT | 1 | 1 | | 10.80 | 129.60 | 129.60 |
| TOBY | BRWN | BROWN | 12B | BOOT | 1 | 1 | | 12.00 | 144.00 | 144.00 |
| TOBY | BRWN | BROWN | 12C | BOOT | 1 | 1 | | 12.00 | 144.00 | 144.00 |
| TYLER | BLK | BLACK | 12C | WEDGE | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| TYLER | BRWN | BROWN | 12C | WEDGE | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| TYLER | GREY | GREY | 12C | WEDGE | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| TYLER | NAVY | NAVY | 12B | WEDGE | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| ZEMA | BLK | BLACK | 12B | PUMP | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| ZEMA | DENM | DENIM | 12B | PUMP | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| ZEMA | TAN | TAN | 12B | PUMP | 1 | 1 | | 9.00 | 108.00 | 108.00 |

Total lines: 22    Actual Weight:    Ship Qty: 264    Cases: 22    **Sales Amount:** 3,472.80

MC-6473
AP#01049P

| Tax %: | 0.00 |
|---|---|
| Shipping: | 0.00 |
| **Total Amount:** | 3,472.80 |
| Payment: | 3,472.80 |
| **Balance Due:** | 0.00 |

Paid by Credit Card

No returns will be accepted without original boxes and our authorization
Credit terms are subject to credit approval
All past due invoices will be charged with 2% interest per month
A Re-stocking fee will be deducted on all returns

# 102530

LILIANA SHOES
17805 EVERGREEN PL.
CITY OF INDUS, CA 91
626-810-7089

BATCH: 786
S-A-L-E-S D-R-A-F-T
7857657
04130204127

REF: 0006
CD TYPE: MASTERCARD
TX TYPE: MAIL-PHONE
INV: 2023
DATE: OCT 26, 09 11:07:01

*SG Trading*

AUG: ZIP MATCH
CVC2: MATCH

TOTAL          $3472.80*

ACCT: ************473     EXP: **/**
AF: 010407

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER


X ----------------------------------


TOP COPY-MERCHANT   BOTTOM COPY-CUSTOMER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **WILSON TRUCKING CORPORATION® (WTVA)** P.O. BOX 200 • FISHERSVILLE, VA. 22939-0200 www.WilsonTrucking.com | | | | | | | **CONSIGNEE RECORD** |

| TRAILER NO. | ORIGIN | DESTINATION | SHIPPER'S NO. | PAGE 1 OF 1 | DATE 10/29/0 | PRO NO. | 11277631 |
|---|---|---|---|---|---|---|---|
| FUGU | ATL2 | DURA | NS | | | | |

CONSIGNEE:
*** DRIVER COLLECT ON DELIVERY ***
U G TRADING CO
1631 N W MAYNARD RD S#102
CARY NC 27513

SHIPPER:
LILIANA FOOTWEAR
827 LAWSON ST
CITY OF INDUSTRY CA 91748

BILL TO:

FROM: C/L EOXI  DATE 10/26/09  ROUTING DIRECT
291738850

| ADV. I/L AMT. | WTVA REV. | BYD. I/L AMT. |
|---|---|---|
| 245.16 | 73.23 | |

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL INSTRUCTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 22 | | 100, SHOES  919 656 4901  FUEL SURCHARGE  * SUB TOTAL *  DISCOUNT | 627 | 56.45 | 366.17 |
| | | | | 17.50 | 47.42 |
| | | | | | 413.59 |
| | | | | | -95.20 |
| 22 | | TTL................................ | 627 COLLECT | | 318.39 |

DATE OF DELIVERY: 10/30/09   NO. PIECES: 22
DRIVER'S SIGNATURE
PRINT RECEIVER'S NAME: CATT CHAN
RECEIVED BY
ABOVE SHIPMENT RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

GRAY TOTAL 318.39

left message to pay on 10/30/09 x 548
Paid Tue 11/3/09 check 6473

From:
**S. Chantarungsri**
PO Box 5830
Cary, NC 27512
United States

Ship to:
**Terry Sears**
Sunset park Vanaria ave
nassau, Cr55469
Bahamas

## Invoice / Packing Slip

| | | | Date | Record # |
|---|---|---|---|---|
| | | | Oct-25-2009 | 27086 |
| Qty | Item # | Item Name | Price | Subtotal |
| 1 | 120416336277 | Sweet Sexy Demure Pleated Round Toe Pump Shoe White 6.5 | $19.99 | $19.99 |

| | |
|---|---|
| Subtotal: | $19.99 |
| Shipping & Handling: | $10.00 |
| Sales Tax | N/A |
| Seller discounts (-) or charges (+): | $0.00 |
| **Total:** | **$29.99** |

Liliana

GDI 291738850  Friday   chose 6193
   11277631    $ 338.39   627 lbs   22 pcs



# Kimera International Inc.
DBA LILIANA SHOES
sales@lilianashoes.com
827 Lawson Street, City of Industry, CA 91748
Telephone: (626) 810-7088   Fax: (626) 810-5088

## INVOICE

Invoice No.: 21899
Date: 12/03/2009

Customer ID: 102530   Ship Date:   Page 1 of 1

**Sold To:**
Attn: SCOTT
SG TRADING
PO BOX 5830
CARY, NC 27512
Tel: (919) 656-4901   Fax: (000) 000-0000

**Ship To:**
Attn: SCOTT
SG TRADING
1631 NW MAYNARD RD. SUITE 102
CARY, NC 27513

| S/O No. | S/O Date | Customer P/O No. | Sales Rep. | Ship Via | F.O.B. | Terms | Due Date |
|---|---|---|---|---|---|---|---|
| 18006 | 10/29/2009 | | JC | EDI FRT COLLECT | | Credit Card | 12/03/2009 |

| Item No. | Color | | Run | Description | OrderQty | ShipQty | B.O. Qty | PairPrice | CasePrice | Ext.Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| JONES | BLK | BLACK | 12B | ANKLE BOOT | 5 | 5 | | 11.75 | 141.00 | 705.00 |
| JONES | BLK | BLACK | 12C | ANKLE BOOT | 5 | 5 | | 11.75 | 141.00 | 705.00 |
| JONES | BRWN | BROWN | 12B | ANKLE BOOT | 3 | 3 | | 11.75 | 141.00 | 423.00 |
| JONES | BRWN | BROWN | 12C | ANKLE BOOT | 2 | 2 | | 11.75 | 141.00 | 282.00 |
| JONES | RED | RED | 12C | ANKLE BOOT | 2 | 2 | | 11.75 | 141.00 | 282.00 |
| CHERRY | BLK | BLACK | 12B | OPEN TOE HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| CHERRY | BURG | BURGUNDY | 12B | OPEN TOE HEEL | 1 | 1 | | 11.60 | 139.20 | 139.20 |
| CARLA-2 | BRWN | BROWN | 12B | PUMP | 1 | 1 | | 6.00 | 72.00 | 72.00 |
| CARLA-2 | TEAL | TEAL | 12B | PUMP | 1 | 1 | | 6.00 | 72.00 | 72.00 |
| LORRY | BLK | BLACK | 12B | DRESS HEEL | 1 | 1 | | 10.00 | 120.00 | 120.00 |
| BESSIE | BRWN | BROWN | 12C | PUMP | 1 | 1 | | 9.60 | 115.20 | 115.20 |
| BESSIE | GREY | GREY | 12C | PUMP | 1 | 1 | | 9.60 | 115.20 | 115.20 |
| ZEMA | DENM | DENIM | 12B | PUMP | 1 | 1 | | 9.00 | 108.00 | 108.00 |
| ZEMA | TAN | TAN | 12C | PUMP | 1 | 1 | | 9.00 | 108.00 | 108.00 |

Total lines: 14   Actual Weight: 24.00   Ship Qty: 312   Cases: 26   **Sales Amount:** 3,385.80

Tax %: 0.00
Shipping: 0.00
**Total Amount:** 3,385.80
Payment: 0.00
**Balance Due:** 3,385.80

No returns will be accepted without original boxes and our authorization
Credit terms are subject to credit approval
All past due invoices will be charged with 2% interest per month
A Re-stocking fee will be deducted on all returns

*handwritten: 102230*
*handwritten: SG Trading*

LILIANA SHOES
17805 EVERGREEN PL
CITY OF INDUS, CA 91
626-810-7088

BATCH: 334
S-A-L-E-S  D-R-A-F-T
79676557
041502484127

REF:      0491
CD TYPE: VISA
TR TYPE: MAIL/PHONE
INV:     21699
DATE:    DEC 03, 09  09:39:40

AVS: ZIP MATCH
CVC2: MATCH

TOTAL              $3385.80*

ACCT: ************0823
AP: 032150            EXP: **/**

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANKS FOR USING VISA

X _____

TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **WILSON TRUCKING CORPORATION® (WTVA)** P.O. BOX 200 • FISHERSVILLE, VA. 22939-0200 www.WilsonTrucking.com | | | | | | **CONSIGNEE RECORD** | |
| TRAILER NO. | ORIGIN | DESTINATION | SHIPPER'S NO. | PAGE 1 OF | DATE | PRO NO. | |
| FUQU | CLTZ | DURA | 296948 | | 12/07/ | 11279191 | |

*** DRIVER COLLECT ON DELIVERY ***

CONSIGNEE:
S G TRADING CO
1631 N. W. MAYNARD ROAD
STE 102
CARY NC 27513

SHIPPER:
LILINA FOOTWEAR
827 LAWSON STREET
CITY OF INDUSTRY CA 91748

| C/L | DATE | ROUTING |
|---|---|---|
| EDXI 293300102 | 12/03/09 | DIRECT |

| ADV. I/L AMT. | WTVA REV. | BYD. I/L AMT. |
|---|---|---|
| 290.61 | 86.81 | |

| PIECES | HM | DESCRIPTION OF ARTICLES AND SPECIAL INSTRUCTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|
| 26 | | 100, FAK, CTNS, SHOES **DRIVER TO COLLECT FRT CHGS OF $377.42, COMPANY CHECK OK LOOSE CC: 919-656-4901 M75680 FUEL SURCHARGE * SUB TOTAL * DISCOUNT | 737 | 58.40 | 430.41 |
| 26 | | TTL............................... | 737 COLLECT | | M 58.92 489.33 M -111.91 377.42 |

SWZPMSTC

| DATE OF DELIVERY | NO. PIECES | DRIVER'S SIGNATURE | |
|---|---|---|---|
| 12.8.09 | 26 26 | | credit card prepaid DRIV COLL 377.42 |

PRINT RECEIVER'S NAME: SCOTT CHAN  RECEIVED BY: Scott Chan

ABOVE SHIPMENT RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

From:
**S. Chantarungsri**
PO Box 5830
Cary, NC 27512
United States

Ship to:
**Mary Beth Van Hoogstraten**
1331-B 9th Ave
Honolulu, HI 96816
United States

## Invoice / Packing Slip

| | | | Date | Record # |
|---|---|---|---|---|
| | | | Dec-04-2009 | 28159 |
| Qty | Item # | Item Name | Price | Subtotal |
| 1 | 120404398656 | Must Have Adorable Mid Heels Mary Jane Pumps Red 6 | $16.99 | $16.99 |
| 1 | 120501220640 | Mid Heel Must Have Round Toe Stilettos Pumps Silver 6 | $18.99 | $18.99 |
| 1 | 360183488656 | Awesome Cutie Round Toe Stilettos Pumps Blue Patent 6 | $18.99 | $18.99 |
| | | Subtotal: | | $54.97 |
| | | Shipping & Handling (Standard Flat Rate Shipping Service): | | $14.00 |
| | | Sales Tax | | N/A |
| | | Seller discounts (-) or charges (+): | | $0.00 |
| | | **Total:** | | **$68.97** |